Clay B. WRIGHT, Plaintiff/Respondent,

v.

Vincent WRIGHT, Defendant/Appellant.

No. 71810.

Missouri Court of Appeals,
Eastern District,
Division One.

July 21, 1998.

Rehearing Denied Sept. 30, 1998.

Bruce Nangle, Barbara Nangle, Nangle & Nangle, P.C., St. Louis, for appellant.

Rodolfo Rivera, St. Louis, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

ORDER

PER CURIAM.

Appellant appeals a judgment of dissolution claiming the court erred: 1) in awarding the respondent a lump sum to be distributed over twenty years and 2) in awarding the respondent an interest in appellant's pension entitlements.

We have read the briefs, reviewed the legal file and transcript. We find no error of law and no jurisprudential purpose will be served by an extended written opinion. Judgment affirmed in accordance with Rule 84.16(b).

STATE of Missouri, Plaintiff–Respondent,

v.

Curtis THOMAS, Defendant–Appellant.

No. 72181.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 21, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 30, 1998.

Patrick Conroy, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel G. Cierpiot, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, P.J., and SIMON and HOFF, JJ.

ORDER

PER CURIAM.

Curtis Thomas, Defendant, appeals from a jury conviction of one count of murder in the first degree for which Defendant was sentenced to life imprisonment without the possibility of parole.

After having reviewed the briefs of the parties, the legal file, and the record on appeal, we find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value. Judgment affirmed in accordance with Rule 30.25(b).